UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROUBEN J.,

               Plaintiff,

     v.

LELAND DUDEK, et al.,

               Defendants.

Case No. 25-cv-02343-SI

**JUDGMENT**

    The Court has granted in part plaintiff's motion for summary judgment, denied defendant's cross-motion for summary judgment, and remanded this case for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered accordingly.

    **IT IS SO ORDERED AND ADJUDGED**.

Dated:  February 13, 2026

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California